# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

AARON PRICE,

        Plaintiff(s),

v.

RON JEAGER, et al.,

        Defendant(s).

2:12-CV-733 JCM (PAL)

# ORDER

Presently before the court is prisoner-plaintiff's, appearing pro se, motion to extend time (doc. # 14) to respond to the defendants' motion to dismiss his 42 U.S.C. § 1983 claims.

Plaintiff is currently incarcerated at Southern Desert Correctional Center. He represents that his access to the law library is limited for various reasons, which curtails his ability to properly research and prepare an adequate response to the defendants' motion within the prescribed time limit.

Plaintiff seeks a 90 day extension. The court finds a 90 day extension to be excessively lengthy. The court finds a 45 day extension more appropriate.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to extend time (doc. # 14) be, and the same hereby, is GRANTED.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that plaintiff has forty five
2 (45) days from the publication of this order to file his response with the court.
3    DATED January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -