CATHERINE CORTEZ MASTO
Attorney General
DENISE McKAY
Deputy Attorney General
Nevada State Bar No. 10507
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: dmckay@ag.nv.gov
*Attorneys for Defendants Brian Sandoval, Ross Miller, Catherine Cortez Masto, James G. Cox, Brian Williams, Cheryl Burson, Frank Dreesen, Ron Jeager, Julio Calderin, Bryan Wilson, Oswald Reyes, Jimmy Jones, Dean Willett, Judy Beckman, and Johnny Youngblood*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON PRICE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>RON JEAGER, et al.,<br><br>　　　　　　Defendants. | Case No.  2:12-cv-00733-JCM-PAL<br><br>**DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |

　　　　COME NOW, Defendants, BRIAN SANDOVAL, ROSS MILLER, CATHERINE CORTEZ MASTO, JAMES G. COX (sued as "Greg Cox"), BRIAN WILLIAMS, CHERYL BURSON, FRANK DREESEN, RON JEAGER, JULIO CALDERIN, BRYAN WILSON, OSWALD REYES, JIMMY JONES, DEAN WILLETT, JUDY BECKMAN and JOHNNY YOUNGBLOOD, by and through their counsel, Nevada Attorney General Catherine Cortez Masto, and Deputy Attorney General Denise S. McKay, and hereby respectfully request that former Deputy Attorney General, Kara L. Krause, be removed from the CM/ECF Service List as a result of her departure from the Nevada Office of the Attorney General. It is no longer necessary that Kara L. Krause receive CM/ECF notice of ongoing proceedings in this action.

Accordingly, the undersigned requests that Kara L. Krause be removed from the CM/ECF Service list in this matter, USDC Case No. 2:12-cv-00733-JCM-PAL.

Dated this 29th day of March, 2013.

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By:   /s/ Denise McKay
      DENISE McKAY
      Deputy Attorney General
      Nevada State Bar No. 10507
      *Attorneys for Defendants Brian Sandoval, Ross Miller, Catherine Cortez Masto, James G. Cox, Brian Williams, Cheryl Burson, Frank Dreesen, Ron Jeager, Julio Calderin, Bryan Wilson, Oswald Reyes, Jimmy Jones, Dean Willett, Judy Beckman, and Johnny Youngblood*

IT IS SO ORDERED this 29th day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge