CATHERINE CORTEZ MASTO
Attorney General
DAVID T. GLUTH
Deputy Attorney General
Nevada State Bar No. 10596
OFFICE OF THE ATTORNEY GENERAL
555 East Washington Avenue, Suite 3900
Las Vegas, Nevada  89101
Telephone: (702) 486-3420
Facsimile: (702) 486-3773
E-mail: dgluth@ag.nv.gov
*Attorneys for Defendants Brian Sandoval, Ross Miller, Catherine Cortez Masto, James G. Cox, Brian Williams, Cheryl Burson, Frank Dreesen, Ron Jeager, Julio Calderin, Bryan Wilson, Oswald Reyes, Jimmy Jones, Dean Willett, Judy Beckman, and Johnny Youngblood*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AARON PRICE, | Case No.  2:12-cv-00733-JCM-PAL |
| Plaintiff, | |
| v. | **DEFENDANTS' MOTION TO REMOVE FORMER COUNSEL FROM CM/ECF NOTIFICATIONS** |
| RON JEAGER, et al., | |
| Defendants. | |

 by and through their counsel, Nevada Attorney General Catherine Cortez Masto, and Deputy Attorney General David T. Gluth, hereby respectfully request that former Deputy Attorney General, Denise S. McKay, be removed from the CM/ECF Service List as a result of the case being reassigned. It is no longer necessary that Denise S. McKay receive CM/ECF notice of ongoing proceedings in this action.

. . .

. . .

. . .

. . .

-1-

Accordingly, the undersigned requests that Denise S. McKay be removed from the CM/ECF Service list in this matter, USDC Case No. 2:10-CV-00733-JCM-PAL. Defendants request all future correspondence and filings in the above-entitled action to DAVID T. GLUTH, Deputy Attorney General, of the STATE OF NEVADA, OFFICE OF THE ATTORNEY GENERAL, 555 East Washington Avenue, Suite 3900, Las Vegas, Nevada 89101 (E-mail: dgluth@ag.nv.gov).

DATED this 17th day of April, 201

Respectfully submitted,

CATHERINE CORTEZ MASTO
Attorney General

By:  /s/ David T. Gluth
David T. Gluth
Deputy Attorney General
Nevada State Bar No. 10596
*Attorneys for Defendants*
 *ROBERT BANNISTER, HOWARD SKOLNIK*
 *and PAUL BITAR*

IT IS SO ORDERED this 18th day of April, 2013.

_____
Peggy A. Leen
United States Magistrate Judge